# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kimberly Marie Rueb**

               Plaintiff

vs.                              **CASE NUMBER: 6:21-cv-775** (CFH)

**Kilolo Kijakazi**
Acting Commissioner of Social Security

               Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Commissioners decision is AFFIRMED; and it is further ORDERED, that the Commissioners cross-motion for judgment on the pleadings (Dkt. No. 15) is GRANTED, and plaintiffs motion for judgment on the pleadings (Dkt. No. 12) is DENIED.

All of the above pursuant to the order of the Honorable Christian F. Hummel, dated the 14th day of June, 2022.

DATED: June 14, 2022

*[signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk